Arturo Hernandez-M.
LAW OFFICES OF ARTURO HERNANDEZ-M.
15 South 34th Street
San Jose, California   95116
Phone: (408) 729-5785
Fax: (408) 729-0167
State Bar No. 108980

Attorney for Defendant Bertoldo Arellanes-Perez

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br><br><br>BERTOLDO ARELLANES-PEREZ,<br><br>　　　　　Defendant, | Case No.1-19CR00042-DAD-BAM-1<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME FROM AUGUST 26, 2019 TO SEPTEMBER 23, 2019 |

TO THE UNITED STATES OF AMERICA AND ITS ATTORNEY OF RECORD,

THOMAS M. NEWMAN,   A.U.S.A.; ALL COUNSEL ENTITLED TO RECEIVE

NOTICE; THE CLERK OF THE ABOVE COURT; AND THE HONORABLE JUDGE

BARBARA A. McAULIFFE PRESIDIING IN SAID COURT:

　　**IT IS HEREBY STIPULATED** by and between the parties hereto through,

Attorney for plaintiff; Thomas M. Newman and Arturo Hernandez-M., Attorney for

defendant Bertoldo Arellanes-Perez ; that the Status Conference now set for August

26, 2019 be continued and time be excluded from August 26, 2019 to September 23,

2019

This request is made jointly by the government and defense in order to accommodate Defense Counsel Arturo Hernandez-M who is unable to attend on August 26, 2019 due to a federal sentencing in Buffalo, New York in the matter of U.S. vs. Gerardo Ballardo; Case No: 15CR202-W. The discovery associated with this case includes investigative reports, audio and video recordings in the Spanish language, and photographs. Counsel for defendant desires additional time to review discovery in this matter, conduct investigation and research related to the charges, and to consult with his client regarding a potential resolution.

The parties agree that the interest of justice is served by granting this continuance and outweighs the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Further, the parties agree that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded from August 26, 2019, up to and including September 23, 2019 at 1:00 p.m.

Respectfully submitted,

Date: August 21, 2019

/s/ Thomas M. Newman

THOMAS M. NEWMAN
Attorney for Plaintiff, U.S.A.

Date: August 21, 2019

/s/ Arturo Hernandez -M
ARTURO HERNANDEZ-M
Attorney for Defendant
Bertoldo Arellanes-Perez

## **ORDER**

IT IS SO ORDERED that the 2nd Status Conference is continued from August 26, 2019 to **September 23, 2019 at 1:00 PM before Magistrate Judge Barbara A. McAuliffe.** Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: **August 23, 2019**     /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE