| | |
|---|---|
| MCGREGOR W. SCOTT | |
| United States Attorney | |
| THOMAS M. NEWMAN | |
| Assistant United States Attorneys | |
| 2500 Tulare Street, Suite 4401 | |
| Fresno, California 93721 | |
| Telephone: (559) 497-4000 | |
| Facsimile: (559) 497-4099 | |
| Attorneys for Plaintiff | |
| United States of America | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00042-DAD |
| Plaintiff, | STIPULATION TO SET CHANGE OF PLEA HEARING, AND VACATE STATUS HEARING; ORDER |
| v. | |
| BERTOLDO ARELLANES-PEREZ, | |
| Defendant. | |

Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Eastern District of California, and defendant, BERTOLDO ARELLANES-PEREZ, by and through his counsel, Arturo Hernandez, hereby agree and stipulate to set a change-of-plea hearing on October 7, 2019, at 10 am, and to vacate the September 23, 2019 status conference. In support thereof, the parties stipulate that:

1. On August 23, 2019, the Court entered an order setting a status conference for September 23, 2019, pursuant to the parties' stipulation, Docket Entries 14-15.

2. The defendant has executed a written agreement resolving the case.

3. The parties also have additional issues to discuss related to discovery and agree that that the ends of justice is served by continuing the case as set forth above, outweigh the best interest of the public and the defendants in a speedy trial, including by providing for continuity of counsel, and reasonable time necessary for effective trial preparation. Counsel for defendant

1

believes that failure to grant the above-requested continuance would deny the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

IT IS SO STIPULATED.

Dated: September 18, 2019

MCGREGOR W. SCOTT
United States Attorney

By: /s/ THOMAS NEWMAN
THOMAS NEWMAN
Assistant United States Attorney

Dated: September 18, 2019

/s/ Arturo Hernandez
ARTURO HERNADEZ
Attorney for Defendant
BERTOLDO ARELLANES-PEREZ

## **O R D E R**

IT IS ORDERED that a change of plea hearing shall be set for October 7, 2019, at 10am and the status conference set for September 23, 2019, is vacated.

IT IS FURTHER ORDERED THAT based upon the representations of counsel the period of time from September 23, through October 7, 2019, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **September 18, 2019**

Dale A. Drozd
UNITED STATES DISTRICT JUDGE