McGREGOR W. SCOTT
United States Attorney
THOMAS M. NEWMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BERTOLDO ARELLANES-PEREZ,<br><br>Defendant. | No. 1:19-CR-00042-DAD-BAM<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the entry of a guilty plea by defendant Bertoldo Arellanes-Perez, and the accompanying Application for Preliminary Order of Forfeiture and Publication Thereof by the United States, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853(a), the interest of Bertoldo Arellanes-Perez in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. Hyundai Elantra, bearing Chihuahua, Mexico license plate number ENK8099.

2. The above-listed asset is property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of a violation of 21 U.S.C. § 846, or was used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized

to seize the above-listed property. The aforementioned property shall be seized and held by the United States Marshals Service in its secure custody and control.

4. a. Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: **January 7, 2020**         /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE