MCGREGOR W. SCOTT
United States Attorney
THOMAS M. NEWMAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BERTOLDO ARELLANES-PEREZ,<br><br>Defendant. | CASE NO. 1:19-CR-00042-DAD-BAM<br><br>STIPULATION TO CONTINUE SENTENCING HEARING |

Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Eastern District of California, and defendant, BERTOLDO ARELLANES-PEREZ, by and through his counsel, hereby agree and stipulate to continue the sentencing hearing in this matter, which is currently set for January 15, 2020, until April 13, 2020. In support thereof, the parties stipulate that:

1. Sentencing in this matter is currently set for January 15, 2019.
2. This case is related to Case No. 19-41-DAD. The parties believe that the defendant's sentencing date should be set at a time that Case No. 19-41-DAD is resolved.
3. Moreover, defense counsel has a medical appointment that is currently set for at or around January 15, 2020, and needs additional time to prepare for sentencing given this medical procedure.
4. For those reasons, the parties request that sentencing be continued to April 13, 2020, at 10:00 am.

1

IT IS SO STIPULATED.

Dated: January 8, 2020                                    MCGREGOR W. SCOTT
                                                          United States Attorney

                                                    By:   /s/ THOMAS NEWMAN
                                                          THOMAS NEWMAN
                                                          Assistant United States Attorney


Dated: January 8, 2020                                    /s/ Arturo Hernandez
                                                          Arturo Hernandez
                                                          Attorney for Defendant
                                                          BERTOLDO ARELLANES-PEREZ


## **O R D E R**

The sentencing in this matter is continued from April 13, 2020, at 10 am.

IT IS SO ORDERED.

Dated:  **January 9, 2020**            /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE