MCGREGOR W. SCOTT
United States Attorney
THOMAS M. NEWMAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-0042-DAD-BAM |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER |
| v. | |
| BERTOLDO ARELLANES-PEREZ, | |
| Defendant. | |

Plaintiff, United States of America, by and through its counsel of record, the United States

Attorney for the Eastern District of California, and defendant, BERTOLDO ARELLANES-PEREZ, by

and through his counsel, hereby agree and stipulate to continue the sentencing hearing in this matter,

which is currently set for June 16, 2020, until July 20, 2020.  In support thereof, the parties stipulate

that:

1.  Sentencing in this matter is currently set for June 16, 2019.

2.  This case is related to Case No. 19-41-DAD.  The parties believe that the defendant's

    sentencing date should be set at a time that Case No. 19-41-DAD is resolved.

3.  Moreover, defense counsel needs additional time to prepare for sentencing.

4.  For those reasons, the parties request that sentencing be continued to July 20, 2020, at 10:00

    am.  The parties understand, in filing this stipulation, that sentencing may be moved based on

    the court's availability to July 21.

IT IS SO STIPULATED.

1

Dated:  June 10, 2020

MCGREGOR W. SCOTT
United States Attorney


By:  /s/ THOMAS NEWMAN
THOMAS NEWMAN
Assistant United States Attorney


Dated: June 10, 2020

/s/ Arturo Hernandez
Arturo Hernandez
Attorney for Defendant
BERTOLDO ARELLANES-PEREZ


**O R D E R**

IT IS ORDERED that sentencing in this matter is continued from June 16, 2020, at 10 am to July 20, 2020 at 10am.

IT IS SO ORDERED.

Dated:   **June 13, 2020**

_____
UNITED STATES DISTRICT JUDGE

2