MCGREGOR W. SCOTT
United States Attorney
THOMAS M. NEWMAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>BERTOLDO ARELLANES-PEREZ,<br><br>　　　　Defendant. | CASE NO. 1:19-CR-0042-DAD-BAM<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |

　　　　Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Eastern District of California, and defendant, BERTOLDO ARELLANES-PEREZ, by and through his counsel, hereby agree and stipulate to continue the sentencing hearing in this matter, which is currently set for Jul 20, 2020, until September 8, 2020.  In support thereof, the parties stipulate that:

1. Sentencing in this matter is currently set for July 20, 2019.
2. This case is related to Case No. 19-41-DAD.  The parties believe that the defendant's sentencing date should be set at a time that Case No. 19-41-DAD is resolved.
3. Moreover, defense counsel needs additional time to raise objections to issues in the PSR and to confer with his client.
4. For those reasons, the parties request that sentencing be continued to September 8, 2020, at 10:00 am.

　　　　IT IS SO STIPULATED.

STIPULATION RE SENTENCING　　　　　　　　　　　　　　1

Dated:  July 16, 2020                    MCGREGOR W. SCOTT
                                         United States Attorney

                                   By:   /s/ THOMAS NEWMAN
                                         THOMAS NEWMAN
                                         Assistant United States Attorney

Dated: July 16, 2020                     /s/ Arturo Hernandez
                                         Arturo Hernandez
                                         Attorney for Defendant
                                         BERTOLDO ARELLANES-PEREZ

**O R D E R**

IT IS ORDERED that sentencing in this matter is continued from July 20, 2020, to September 8, 2020 at 10am in Courtroom 5.

IT IS SO ORDERED.

Dated:   **July 16, 2020**             _Dale A. Drozd_
                                       UNITED STATES DISTRICT JUDGE