Arturo Hernandez-M., Attorney at Law;  State Bar No. 108980
LAW OFFICES OF ARTURO HERNANDEZ-M.
15 South 34th Street
San Jose, California 95116
Phone: (408) 729-5785
Fax: (408) 729-0167

Email: Artlawoff@aol.com

Attorney for Defendant, BERTOLDO ARELLANES-PEREZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>Vs.<br><br>BERTOLDO ARELLANES-PEREZ,<br><br>Defendant | Case No.  **0972 1:19CR00042-1**<br><br>NOTICE OF MOTION AND MOTION TO FILE DEFENDANT'S SENTENCING MEMORANDUM UNDER SEAL; ORDER<br><br>Court: Honorable  Dale A. Drozd |

### NOTICE OF MOTION AND MOTION TO FILE DEFENDANT'S SENTENCING MEMORANDUM   UNDER SEAL

PLEASE TAKE NOTICE that based upon the Affidavit filed under seal, Defendant, through his counsel, Arturo Hernandez-M, Attorney at Law, hereby moves this Court for an order to file his Sentencing Memorandum and Affidavit in support of motion under seal.

                                      Respectfully submitted,

Date: September 4, 2020           /s/ Arturo Hernandez
                                  ARTURO HERNANDEZ-M.
                                  Attorney for Defendant
                                  BERTOLDO ARELLANES-PEREZ

1

Notice Of Motion And Motion To File Defendant's Sentencing Memorandum  Under Seal

## **ORDER**

Defendant's Motion submitted through his Counsel, Arturo Hernandez-M., Attorney at Law, to file Defendant's Sentencing Memorandum and Affidavit in support of Motion Under Seal is hereby granted temporarily.  Much of what is contained in the defendant's sentencing memorandum does not appear to be appropriate for filing under seal but instead should likely appear on the public docket.  Therefore, the court will order the document temporarily filed under seal and discuss this issue with counsel at the hearing on September 8, 2020.

IT IS SO ORDERED.

Dated:   **September 4, 2020**

_____
UNITED STATES DISTRICT JUDGE