MCGREGOR W. SCOTT
United States Attorney
THOMAS M. NEWMAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-0042-DAD-BAM |
| Plaintiff, | STIPULATION TO SET SENTENCING HEARING |
| v. | |
| BERTOLDO ARELLANES-PEREZ, | |
| Defendant. | |

Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Eastern District of California, and defendant, BERTOLDO ARELLANES-PEREZ, by and through his counsel, hereby agree and stipulate to set a sentencing hearing in this matter for November 2, 2020.  Sentencing was previously set for September 8, 2020, which was not held and continued at the defendant's request.  The parties agree to reset sentencing for November 2, 2020.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  October 5, 2020 | MCGREGOR W. SCOTT<br>United States Attorney |
| | By:  /s/ THOMAS NEWMAN<br>      THOMAS NEWMAN<br>      Assistant United States Attorney |
| Dated: October 5, 2020 | /s/ Arturo Hernandez<br>Arturo Hernandez<br>Attorney for Defendant<br>BERTOLDO ARELLANES-PEREZ |

**O R D E R**

Pursuant to the parties' stipulation, the sentencing in this matter is now set for November 2, 2020.

IT IS SO ORDERED.

Dated:   **October 7, 2020**                                  _____
                                                              UNITED STATES DISTRICT JUDGE